

# Summons
## Collection Information Statement

**In the matter of** JOHN B BOGLE, 3609 ASHFORD AVE, FORT WORTH, TX 76133-3011
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 5 (25)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** JOHN B BOGLE
**At:** 3609 ASHFORD AVE, FORT WORTH, TX 76133-3011

You are hereby summoned and required to appear before WANDA HENRY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 07/01/2011 To 06/20/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

5450 STRATUM DR, FORT WORTH, TX 76137 (817) 232-6494

Place and time for appearance: At 5450 STRATUM DR, FORT WORTH, TX 76137

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 13th day of July, 2012 at 9:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 22nd day of June, 2012

WANDA HENRY   /s/ Wanda Henry         REVENUE OFFICER
Signature of issuing officer                Title

_____         _____
Signature of approving officer *(if applicable)*   Title

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date: *June 22, 2012*   Time: *9:25 AM*

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*: *Attached to front entrance door*

Signature: *Wanda Henry*   Title: *Revenue Officer*

**I certify that the copy of the summons served contained the required certification.**

Signature: *Wanda Henry*   Title: *Revenue Officer*

Catalog No. 25000Q   Form **6637** (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of **JOHN B BOGLE**

Period information: Form 940 for the calendar periods ending December 31, 2008, December 31, 2009 and December 31, 2010 and Form 941 for the quarterly periods ending June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010 and June 30, 2010